AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**CRAIG BARNES,**

        **Plaintiff,**

        **JUDGMENT IN A CIVIL CASE**

v.

**CASE NO. 2:17-CV-279**

**ABRAHAM, INC.,**        **CHIEF JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

        **Defendant,**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed November 28, 2017, FINAL JUDGMENT is hereby entered in this case. Plaintiff Craig Barnes is entitled to $90,233.46 in damages, $12.246.66 in attorney fees, and $415.61 in expenses from Defendant.**

Date:  November 28, 2017

        RICHARD W. NAGEL, CLERK

        */S/ Melissa Saddler*
        (By) Melissa Saddler
        Courtroom Deputy Clerk